# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:CR-01-193 |
| | ) J. RAMBO |
| v. | ) |
| | ) VIO: 18 U.S.C. 751(a) |
| JOHN MIZIC | ) |

FILED
HARRISBURG, PA
JUN - 6 2001
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## INDICTMENT

### Count I

**THE GRAND JURY CHARGES THAT:**

On or about May 9, 2001, at the Capitol Pavilion Community Corrections facility, Dauphin County, Pennsylvania, and within the Middle District of Pennsylvania, the defendant,

**JOHN MIZIC**

being then and there in the custody of an authorized representative of the Attorney General by virtue of a conviction for an offense against the United States, did knowingly, wilfully and unlawfully escape from such custody by leaving the said facility and failing to return in accordance with the furlough issued to him.

All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____
FOREPERSON,
Grand Jury

6/6/01
Date

_____
MARTIN C. CARLSON
United States Attorney

**CRIMINAL CASE COVER SHEET           MIDDLE DISTRICT OF PENNSYLVANIA           U.S. DISTRICT COURT**

**Place of Offense:**

City: _____

County/Parish: DAUPHIN

Indictment Docket Number _____

Same Defendant _____   New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile ___Yes  _X_ No      If Yes, Matter to be sealed:      ___Yes      ___No

Defendant Name: JOHN MIZIC

Alias Name: _____

Address:   UNKNOWN (FUGITIVE)

Birth date: _____    SS#: _____    Sex: M    Race: CAUC    Nationality: CITIZEN

Defense Counsel: Name: _____    Phone: _____

Address: _____

**U.S. Attorney Information:**

AUSA MARTIN CARLSON       Bar # 33396

Interpreter ___Yes _X_ No      Language and/or dialect: _____

Location Status: FUGITIVE

Arrest Date: _____

___ Already in Custody as of _____ IN _____

___ On Pretrial Release

U.S.C. Citations  18 U.S.C. 751 _X_ Indictment       ___ Information

Total # of Counts: _1_       ___ Petty       ___ Misdemeanor       _X_ Felony

| INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNTS |
|---|---|---|
| Set 1  18 U.S.C. 751 | ESCAPE | 1 |
| Set 2 | | |

Date: 6-6-2001       Signature of AUSA  Martin C. Carlson

District Court Case Number To Be Filled in By Deputy Clerk: _____