IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

| | |
|---|---|
| **United States of America** | CASE NUMBERS:   1:01-CR-0193-01 |
| | 1:05-CR-0006-01 |
| vs. | |
| **James Mizic** | |

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court                                         ***Date and Time: January 27, 2005 @ 1:30 PM**
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101

Type of Proceeding: Arraignments/Guilty Pleas

Date: January 21, 2005                                              /s/ Mark J. Armbruster
                                                                    By: Mark J. Armbruster, Deputy Clerk

CC:   Judge Sylvia H. Rambo
      James Wade, Esq.
      Martin Carlson, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Rptr.

*Counsel is expected to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings ON TIME.