IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NOS. 1:CR-01-193** |
| | : | **1:CR-05-006** |
| **v.** | : | |
| **JOHN MIZIC** | : | |

## ORDER APPOINTING COUNSEL

**IT IS HEREBY ORDERED THAT** the Federal Public Defender's Office, 100 Chestnut Street, Harrisburg, Pennsylvania 17101, telephone (717) 782-2237, is appointed to represent Defendant in the captioned cases.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: January 27, 2005.