IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:01-CR-0193-01 |
| | : | |
| v. | : | |
| | : | FILED |
| | : | HARRISBURG |
| JOHN MIZIC | : | |
| | : | JAN 2 7 2005 |
| | : | |
| | : | MARY E. D'ANDREA, CLERK |
| | | Per _____ |
| P L E A | | DEPUTY CLERK |

AND NOW, this 27th day of January, 2005, the defendant hereby pleads guilty to the 1-Count Indictment.

_____
(Defendant's Signature)

_____
(Counsel's Signature)