IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : CASE NO. 1:CR-01-193

v.

**JOHN MIZIC**

FILED
HARRISBURG
JAN 2 7 2005
MARY E. D'ANDREA, CLERK
_____
DEPUTY CLERK

**ORDER**

AND NOW, this __27__ day of January, 2005, the court finds that the defendant is acting voluntarily and not as a result of force or threats or promises apart from the plea agreement, that he understands his rights and the consequences of his plea and voluntarily waives his right to trial. The court is satisfied that the plea has a basis in fact and contains all the elements of the crime charged. The court therefore accepts the plea of guilty to Count 1 of the Indictment and directs the entry of a judgment of guilty on the plea. The court's decision on whether to accept the plea agreement is deferred until further order of court.

Sentence is deferred pending receipt by the court of the presentence report.

SYLVIA H. RAMBO
United States District Judge