IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CR. NO. 1:CR-01-193 |
| | ) CR. NO. 1:CR-05-06 |
| vs. | ) |
| | ) |
| **JOHN MIZIC** | ) |

### CERTIFICATE OF CONCURRENCE

Government counsel has contacted defendant's counsel for concurrence or non-concurrence in the attached motion. Counsel for the defendant concurred in the motion.

*/s/ Martin C. Carlson*
MARTIN C. CARLSON
Assistant U.S. Attorney
228 Walnut Street, Suite 220
Harrisburg, Pa. 17108
Phone: 717-221-4482
Fax: 717-221-2582
Martin.Carlson@USDOJ.gov
PA Bar #33396