UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CR NO. 1:CR-01-193 |
| | ) CR. NO.1:CR-05-06 |
| vs. | ) |
| | ) |
| **JOHN MIZIC** | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, this 4th day of February, 2005, he served a copy of the foregoing on the following by transmitting a copy of the same to

James Wade, Esq.
100 Chestnut Street
Harrisburg, Pa. 17101

_____
MARTIN C. CARLSON
Assistant U.S. Attorney
228 Walnut Street, Suite 220
Harrisburg, Pa. 17108
Phone: 717-221-4482
Fax: 717-221-4582
Martin.Carlson@USDOJ.gov
PA Bar #33396