IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO. 1:CR-01-193 |
| | ) CR. NO. 1:CR-05-06 |
| v. | ) |
| | ) (JUDGE RAMBO) |
| | ) |
| JOHN MIZIC | ) |

### ORDER FOR DETENTION PENDING SENTENCING

AND NOW upon consideration of the Government's Motion for Detention Pending Sentencing pursuant to Title 18 United States Code, Section 3143, The Court finds as follows:

As a result of proceedings conducted before this Court, the defendant is currently awaiting sentencing on federal criminal charges.

Pursuant to Title 18, United States Code, Section 3143(a)(1), this Court finds that:

The sentencing guidelines for the offense would likely recommend a term of imprisonment; and

The defendant has not shown by clear and convincing evidence that the defendant does not pose a risk of flight or a danger to the community or the safety of any other person.



FILED
HARRISBURG

FEB 0 8 2005

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Accordingly, IT IS ORDERED that the defendant is detained pending sentencing.

SO ORDERED, this _8_ day of _February_, 2005.

_____
United States District Judge