IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NOS.  1:CR-01-193** |
| | : | **1:CR-05-006** |
| | : | **1:CR-05-203** |
| **v.** | : | **1:CR-05-228** |
| | : | **1:CR-05-232** |
| | : | **1:CR-05-252** |
| **JOHN MIZIC** | : | **1:CR-05-253** |
| | : | **1:CR-05-256** |
| | : | **1:CR-05-259** |
| | : | **1:CR-05-284** |
| | : | **1:CR-05-285** |
| | : | **1:CR-05-287** |
| | : | **1:CR-05-288** |
| | : | **1:CR-05-294** |
| | : | **1:CR-05-296** |
| | : | **1:CR-05-305** |
| | : | **1:CR-05-306** |
| | : | **1:CR-05-324** |
| | : | **1:CR-05-367** |
| | : | **1:CR-05-440** |
| | : | **1:CR-05-456** |

## O R D E R

Upon consideration of the Government's motion to modify the schedule for preparation of the presentence reports in the captioned cases, **IT IS HEREBY ORDERED THAT** the motion is granted. The deadline for completion of the presentence reports is stayed. The Government shall file a status report no later than July 3, 2006 on the status of its efforts to identify all victims and losses.

                                                                             s/Sylvia H. Rambo
                                                                             SYLVIA H. RAMBO
                                                                             United States District Judge

Dated: May 3, 2006.