IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Nos. |
| | : | |
| | : | 1:01-CR-193 (MD/PA) |
| | : | 1:05-CR-006 (MD/PA) |
| v. | : | 1:05-CR-203 (MD/PA) |
| | : | 1:05-CR-228 (WD/AR) |
| JOHN MIZIC | : | 1:05-CR-232 (MD/PA) |
| | : | 1:05-CR-256 (WD/LA) |
| | : | 1:05-CR-259 (D/WY) |
| | : | 1:05-CR-284 (WD/VA) |
| | : | 1:05-CR-294 (CD/IL) |
| | : | 1:05-CR-252 (D/NE) |
| | : | 1:05-CR-253 (ED/TX) |
| | : | 1:05-CR-288 (MD/FL) |
| | : | 1:05-CR-324 (ED/TN) |
| | : | 1:05-CR-296 (SD/MS) |
| | : | 1:05-CR-285 (MD/PA) |
| | : | 1:05-CR-287 (MD/PA) |
| | : | 1:05-CR-305 (MD/PA) |
| | : | 1:05-CR-306 (MD/PA) |
| | : | 1:05-CR-267 (D/MN) |
| | : | 1:05-CR-440 (D/NH) |
| | : | 1:05-CR-456 (SD/IA) |
| | : | |
| | : | Judge Sylvia H. Rambo |
| | : | (Electronically Filed) |
| | : | |

## **CERTIFICATE OF CONCURRENCE**

I, James V. Wade, Federal Public Defender, do hereby certify that my paralegal, Hang N. Lai, contacted First Assistant United States Attorney Martin C. Carlson, who stated that the government would concur in the foregoing Motion for Extension of Time to File Presentence Report Objections.

                                                Respectfully submitted,

Date: October 11, 2006        s/ James V. Wade  
                                                JAMES V. WADE, ESQUIRE  
                                                Federal Public Defender  
                                                Attorney ID #PA33352  
                                                100 Chestnut Street, Suite 306  
                                                Harrisburg, PA 17101  
                                                Tel. No. (717) 782-2237  
                                                Fax No. (717) 782-3881  
                                                (James_Wade@fd.org)  
                                                Attorney for John Mizic