IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Nos. |
| | : | |
| | : | 1:01-CR-193 (MD/PA) |
| | : | 1:05-CR-006 (MD/PA) |
| v. | : | 1:05-CR-203 (MD/PA) |
| | : | 1:05-CR-228 (WD/AR) |
| JOHN MIZIC | : | 1:05-CR-232 (MD/PA) |
| | : | 1:05-CR-256 (WD/LA) |
| | : | 1:05-CR-259 (D/WY) |
| | : | 1:05-CR-284 (WD/VA) |
| | : | 1:05-CR-294 (CD/IL) |
| | : | 1:05-CR-252 (D/NE) |
| | : | 1:05-CR-253 (ED/TX) |
| | : | 1:05-CR-288 (MD/FL) |
| | : | 1:05-CR-324 (ED/TN) |
| | : | 1:05-CR-296 (SD/MS) |
| | : | 1:05-CR-285 (MD/PA) |
| | : | 1:05-CR-287 (MD/PA) |
| | : | 1:05-CR-305 (MD/PA) |
| | : | 1:05-CR-306 (MD/PA) |
| | : | 1:05-CR-267 (D/MN) |
| | : | 1:05-CR-440 (D/NH) |
| | : | 1:05-CR-456 (SD/IA) |
| | : | |
| | : | Judge Sylvia H. Rambo |
| | : | (Electronically Filed) |
| | : | |

## ORDER OF COURT

AND NOW this _____ day of October, 2006, upon consideration of the within Motion for Extension of Time to File Presentence Report Objections, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Presentence Report objections, if any, shall be due on or before October 23, 2006.

BY THE COURT:


_____
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE