IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NOS.** | **1:CR-01-193** |
| | : | | **1:CR-05-006** |
| | : | | **1:CR-05-203** |
| **v.** | : | | **1:CR-05-228** |
| | : | | **1:CR-05-232** |
| | : | | **1:CR-05-252** |
| **JOHN MIZIC** | : | | **1:CR-05-253** |
| | : | | **1:CR-05-256** |
| | : | | **1:CR-05-259** |
| | : | | **1:CR-05-284** |
| | : | | **1:CR-05-285** |
| | : | | **1:CR-05-287** |
| | : | | **1:CR-05-288** |
| | : | | **1:CR-05-294** |
| | : | | **1:CR-05-296** |
| | : | | **1:CR-05-305** |
| | : | | **1:CR-05-306** |
| | : | | **1:CR-05-324** |
| | : | | **1:CR-05-367** |
| | : | | **1:CR-05-440** |
| | : | | **1:CR-05-456** |

**O R D E R**

**IT IS HEREBY ORDERED THAT** sentencing in the captioned cases will be held at 9:30 a.m. on Thursday, December 21, 2006 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                            s/Sylvia H. Rambo
                                           SYLVIA H. RAMBO
                                           United States District Judge

Dated: November 30, 2006.