IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Nos. |
| | : | |
| | : | 1:01-CR-193 (MD/PA) |
| | : | 1:05-CR-006 (MD/PA) |
| v. | : | 1:05-CR-203 (MD/PA) |
| | : | 1:05-CR-228 (WD/AR) |
| JOHN MIZIC | : | 1:05-CR-232 (MD/PA) |
| | : | 1:05-CR-256 (WD/LA) |
| | : | 1:05-CR-259 (D/WY) |
| | : | 1:05-CR-284 (WD/VA) |
| | : | 1:05-CR-294 (CD/IL) |
| | : | 1:05-CR-252 (D/NE) |
| | : | 1:05-CR-253 (ED/TX) |
| | : | 1:05-CR-288 (MD/FL) |
| | : | 1:05-CR-324 (ED/TN) |
| | : | 1:05-CR-296 (SD/MS) |
| | : | 1:05-CR-285 (MD/PA) |
| | : | 1:05-CR-287 (MD/PA) |
| | : | 1:05-CR-305 (MD/PA) |
| | : | 1:05-CR-306 (MD/PA) |
| | : | 1:05-CR-367 (D/MN) |
| | : | 1:05-CR-440 (D/NH) |
| | : | 1:05-CR-456 (SD/IA) |
| | : | |
| | : | Judge Sylvia H. Rambo |
| | : | (Electronically Filed) |
| | : | |

**CERTIFICATE OF CONCURRENCE**

I, James V. Wade, Federal Public Defender, do hereby certify that my paralegal, Hang N. Lai, contacted First Assistant United States Attorney Martin C. Carlson, on December 7, 2006, who stated that the government would concur in the foregoing Motion to Continue Sentencing.

                                      Respectfully submitted,

Date: December 8, 2006        s/ James V. Wade
                                      JAMES V. WADE, ESQUIRE
                                      Federal Public Defender
                                      Attorney ID #PA33352
                                      100 Chestnut Street, Suite 306
                                      Harrisburg, PA 17101
                                      Tel. No. (717) 782-2237
                                      Fax No. (717) 782-3881
                                      (James_Wade@fd.org)
                                      Attorney for John Mizic