IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Nos. |
| | : | |
| | : | 1:01-CR-193 (MD/PA) |
| | : | 1:05-CR-006 (MD/PA) |
| v. | : | 1:05-CR-203 (MD/PA) |
| | : | 1:05-CR-228 (WD/AR) |
| JOHN MIZIC | : | 1:05-CR-232 (MD/PA) |
| | : | 1:05-CR-256 (WD/LA) |
| | : | 1:05-CR-259 (D/WY) |
| | : | 1:05-CR-284 (WD/VA) |
| | : | 1:05-CR-294 (CD/IL) |
| | : | 1:05-CR-252 (D/NE) |
| | : | 1:05-CR-253 (ED/TX) |
| | : | 1:05-CR-288 (MD/FL) |
| | : | 1:05-CR-324 (ED/TN) |
| | : | 1:05-CR-296 (SD/MS) |
| | : | 1:05-CR-285 (MD/PA) |
| | : | 1:05-CR-287 (MD/PA) |
| | : | 1:05-CR-305 (MD/PA) |
| | : | 1:05-CR-306 (MD/PA) |
| | : | 1:05-CR-367 (D/MN) |
| | : | 1:05-CR-440 (D/NH) |
| | : | 1:05-CR-456 (SD/IA) |
| | : | |
| | : | Judge Sylvia H. Rambo |
| | : | (Electronically Filed) |
| | : | |

## ORDER OF COURT

AND NOW this 11th day of December, 2006, upon consideration of the within Motion to Continue Sentencing and, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Sentencing in the above-captioned action is rescheduled from December 21, 2006 to 10:00 a.m. on January 25, 2007 in

Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. It is further ordered that the presentence report be updated with Mr. Mizic's current medical information.

BY THE COURT:

s/Sylvia H. Rambo
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE