IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Nos. |
| | : | |
| | : | 1:01-CR-193 |
| | : | 1:05-CR-006 |
| v. | : | 1:05-CR-203 |
| | : | 1:05-CR-228 |
| JOHN MIZIC | : | 1:05-CR-232 |
| | : | 1:05-CR-252 |
| | : | 1:05-CR-253 |
| | : | 1:05-CR-256 |
| | : | 1:05-CR-259 |
| | : | 1:05-CR-284 |
| | : | 1:05-CR-285 |
| | : | 1:05-CR-287 |
| | : | 1:05-CR-288 |
| | : | 1:05-CR-294 |
| | : | 1:05-CR-296 |
| | : | 1:05-CR-305 |
| | : | 1:05-CR-306 |
| | : | 1:05-CR-324 |
| | : | 1:05-CR-367 |
| | : | 1:05-CR-440 |
| | : | 1:05-CR-456 |
| | : | |
| | : | Judge Sylvia H. Rambo |
| | : | (Electronically Filed) |
| | : | |

**CERTIFICATE OF CONCURRENCE**

I, James V. Wade, Federal Public Defender, do hereby certify that I, spoke First Assistant United States Attorney Martin C. Carlson, on January 17, 2007, who stated that the government would concur in the foregoing Joint Motion to

Continue Sentencing.

                                                Respectfully submitted,

Date: January 17, 2007        s/ James V. Wade
                                                  JAMES V. WADE, ESQUIRE
                                                  Federal Public Defender
                                                  Attorney ID #PA33352
                                                  100 Chestnut Street, Suite 306
                                                  Harrisburg, PA 17101
                                                  Tel. No. (717) 782-2237
                                                  Fax No. (717) 782-3881
                                                  (James_Wade@fd.org)
                                                  Attorney for John Mizic