IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Nos. |
| | : | |
| | : | 1:01-CR-193 |
| | : | 1:05-CR-006 |
| v. | : | 1:05-CR-203 |
| | : | 1:05-CR-228 |
| JOHN MIZIC | : | 1:05-CR-232 |
| | : | 1:05-CR-252 |
| | : | 1:05-CR-253 |
| | : | 1:05-CR-256 |
| | : | 1:05-CR-259 |
| | : | 1:05-CR-284 |
| | : | 1:05-CR-285 |
| | : | 1:05-CR-287 |
| | : | 1:05-CR-288 |
| | : | 1:05-CR-294 |
| | : | 1:05-CR-296 |
| | : | 1:05-CR-305 |
| | : | 1:05-CR-306 |
| | : | 1:05-CR-324 |
| | : | 1:05-CR-367 |
| | : | 1:05-CR-440 |
| | : | 1:05-CR-456 |
| | : | |
| | : | Judge Sylvia H. Rambo |
| | : | (Electronically Filed) |
| | : | |

## ORDER OF COURT

AND NOW this _____ day of January, 2007, upon consideration of the within Joint Motion to Continue Sentencing and, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Sentencing in the above-captioned action is rescheduled from January 25, 2007 to February 15, 2007

at_____in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

BY THE COURT:

_____
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE