IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SEALED MATTER | : | Criminal Nos. |
| | : | |
| | : | 1:01-CR-193 |
| | : | 1:05-CR-006 |
| | : | 1:05-CR-203 |
| | : | 1:05-CR-228 |
| | : | 1:05-CR-232 |
| | : | 1:05-CR-252 |
| | : | 1:05-CR-253 |
| | : | 1:05-CR-256 |
| | : | 1:05-CR-259 |
| | : | 1:05-CR-284 |
| | : | 1:05-CR-285 |
| | : | 1:05-CR-287 |
| | : | 1:05-CR-288 |
| | : | 1:05-CR-294 |
| | : | 1:05-CR-296 |
| | : | 1:05-CR-305 |
| | : | 1:05-CR-306 |
| | : | 1:05-CR-324 |
| | : | 1:05-CR-367 |
| | : | 1:05-CR-440 |
| | : | 1:05-CR-456 |
| | : | |

## MOTION TO SEAL

AND NOW, comes the Federal Public Defender's Office, by undersigned counsel, pursuant to Local Criminal Rule 49(c) for the Middle District of Pennsylvania, and moves to file under seal the accompanying pleadings and documents based upon the declaration in support.

WHEREFORE, for all the foregoing reasons, the Federal Public Defender's Office moves to seal this Motion and the accompanying pleadings and documents. For the convenience of the Court, a proposed Order is attached.

Date: February 9, 2007            */s/ James V. Wade*
                                        JAMES V. WADE, ESQUIRE
                                        Federal Public Defender
                                        Attorney ID# PA33352
                                        100 Chestnut Street, Suite 306
                                        Harrisburg, PA 17101-2540
                                        Tel. No. (717) 782-2237
                                        Fax No. (717) 782-3881
                                        *<James_Wade@fd.org>*
                                        *Attorney for John E. Mizic*