# EXHIBIT LIST

JUDGE  Sylvia H. Rambo                             CASE NO.  1:01-CR-00193, et al.

| Pltf. | Deft. | Description of Object or Item | Ident. | Evid. | Ruling | Witness |
|---|---|---|---|---|---|---|
|  | 1 | Docket Sheet (Western District of Missouri; 4:04-MJ-00088) - Removal |  |  |  |  |
|  | 2 | Docket Sheet (Western District of Missouri; 4:04-CR-00222) - Bank Fraud Charge |  |  |  |  |
|  | 3 | 10/18/2004: Presentence Report (Western District of Missouri; 4:04-CR-00222) |  |  |  |  |
|  | 4 | 1/7/2005: Sentencing Minute Sheet (Western District of Missouri; 4:04-CR-00222) | 2/15/07 | 2/15/07 | Adm.t | Hang Lai |
|  | 5 | 1/13/2005: Judgment in a Criminal Case (Western District of Missouri; 4:04-CR-00222) |  |  |  |  |
|  | 6 | Docket Sheet (Western District of Missouri; 4:06-CV-00404) - 2255 Motion to Vacate |  |  |  |  |
|  | 7 | 12/29/2006: Order Denying Motion to Vacate (Western District of Missouri; 4:06-CV-00404) | 2/15/07 | 2/15/07 | Admit | Hang Lai |

FILED
HARRISBURG, PA
FEB 15 2007
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

| # | Description | | | | |
|---|---|---|---|---|---|
| 8.1 | Photo of Greisemer Mill Covered Bridge | 2/15/07 | 2/15/07 | Admit | Steve Garvey |
| 8.2 | Photo of Footbridge | 2/15/07 | 2/15/07 | Admit | Steve Garvey |
| 9.1 | Father's Day Photo | 2/15/07 | 2/15/07 | Admit | Karen Mizic |
| 9.2 | Birthday Photo | 2/15/07 | 2/15/07 | Admit | Karen Mizic |
| 9.3 | Holiday Dinner Photo | 2/15/07 | 2/15/07 | Admit | Karen Mizic |
| 9.4 | Christmas Decorating Photo | 2/15/07 | 2/15/07 | Admit | Karen Mizic |
| 9.5 | Tiffany's Birthday Photo | 2/15/07 | 2/15/07 | Admit | Karen Mizic |
| 9.6 | Doug & Tiffany Photo | 2/15/07 | 2/15/07 | Admit | Karen Mizic |

ALL Exhibit Originals Returned to Counsel

X [signature] 2-15-07
Defendants' Counsel