IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : Criminal Number(s) | 1:CR-01-193 |
| | | 1:CR-05-006 |
| | : | 1:CR-05-203 |
| | | 1:CR-05-228 |
| | : | 1:CR-05-232 |
| | | 1:CR-05-252 |
| | : | 1:CR-05-253 |
| | | 1:CR-05-256 |
| | : | 1:CR-05-259 |
| **VS.** | | 1:CR-05-284 |
| | : | 1:CR-05-285 |
| | | 1:CR-05-287 |
| | : | 1:CR-05-288 |
| | | 1:CR-05-294 |
| | : | 1:CR-05-296 |
| | | 1:CR-05-305 |
| | : | 1:CR-05-306 |
| | | 1:CR-05-324 |
| | : | 1:CR-05-367 |
| | | 1:CR-05-440 |
| **JOHN EVANS MIZIC** | : | 1:CR-05-456 |

FILED
FEB 2 2 2007
HARRISBURG, PA    DEPUTY CLERK

## NOTICE OF APPEAL

COMES NOW, JOHN EVAN MIZIC, Pro-se appellant in the above captioned actions, who submits this his Notice Of Appeal to the Ninty-Nine (99) month term of imprisonment imposed by the Honorable Sylvia Rambo, Judge for the United States District Court for the Middle District Of Pennsylvania. Said term of imprisonment imposed on February 15, 2007.

Respectfully Submitted,

John Evan Mizic, Pro-Se
Register Number 08025-158
Allenwood Low Security
Correctional Institution
Post Office Box 1000
Whithe Deer, Pennsylvania 17887